**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   11-cv-01246-PAB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   August 2, 2011** | **Courtroom Deputy:**   Linda Kahoe |

| | |
|---|---|
| P.F. MCCARTHY, INC., | Karl Alexander Berg, Jr. |
| Plaintiff, | |
| v. | |
| COMPASS CAPITAL GROUP, LLC, *et al.,* | Thomas M. Haskins, III |
| UNITED STATES ARMY CORPS OF ENGINEERS, | William George Pharo |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | Steve Shapiro |
| SCHOMMER CONSTRUCTION, LLC, | Suzanne E. Rauch |
| HERRON ELECTRIC COMPANY, | David C. Conley |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        10:11 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Unopposed Motion to Vacate Scheduling Conference and to Stay Discovery, doc #[45], filed 7/26/2011.

**ORDERED:**   The Unopposed Motion to Vacate Scheduling Conference and to Stay Discovery, doc #[45] is **GRANTED**.  Discovery is **STAYED** in all respects.  Counsel shall contact chambers within **72 HOURS** of a ruling on the Motion to Dismiss, doc #[37].  If the Motion to Dismiss is denied and the case remains in this court, a conference will be set to address scheduling matters.

HEARING CONCLUDED.

**Court in recess:        10:19 a.m.**
Total time in court:    00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.