IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01246-PAB-CBS

P.F. MCCARTHY, INC., a Colorado corporation,

    Plaintiff,

v.

COMPASS CAPITAL GROUP, LLC, an Arizona limited liability company,
RYAN ELLER, an individual,
UNITED STATES ARMY CORPS OF ENGINEERS, a federal government agency,
FEDERAL DEPOSIT INSURANCE CORPORATION, an independent federal government agency, as Receiver for FirsTier Bank,
SCHOMMER CONSTRUCTION, LLC, a Colorado limited liability company, and
HERRON ELECTRIC COMPANY, a Colorado limited liability company,

    Defendants.

## ORDER

This matter is before the Court on the stipulation for partial dismissal with prejudice [Docket No. 67] filed by plaintiff and defendants Schommer Construction, LLC ("Schommer") and Herron Electric Company ("Herron").  Pursuant to Fed. R. Civ. P. 41(a)(2), it is

**ORDERED** that all claims, crossclaims, and counterclaims between plaintiff, Schommer, and Herron are dismissed with prejudice.

DATED August 31, 2011.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge