IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01246-PAB-CBS

P.F. MCCARTHY, INC., a Colorado corporation,

    Plaintiff,

v.

COMPASS CAPITAL GROUP, LLC, an Arizona limited liability company,
RYAN ELLER, an individual,
UNITED STATES ARMY CORPS OF ENGINEERS, a federal government agency, and
FEDERAL DEPOSIT INSURANCE CORPORATION, an independent federal government agency, as Receiver for FirsTier Bank,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT UNITED STATES ARMY CORPS OF ENGINEERS**
_____

    This matter comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 70].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    ORDERED that the Stipulated Motion to Dismiss With Prejudice [Docket No. 70] is GRANTED.  It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant United States Army Corps of Engineers are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 17, 2011.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge